EDWARD FREEMAN, Plaintiff, *v.* JACOB ROTHSCHILD, Appellant, and CHARLES L. EIDLITZ, Respondent, Impleaded with Others.

*Freeman* v. *Rothschild,* 49 App. Div. 643, affirmed.
(Submitted June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1900, modifying, and affirming as modified, a judgment in favor of defendant Charles L. Eidlitz entered upon the report of a referee.

*Charles F. Brown* and *John J. Crawford* for appellant.

*Frederick Hulse* and *Ernest F. Eidlitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.